

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00123-CV

Richard C. **RESPONDEK,**
Appellant

v.

**SANDPIPER APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01788
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on April 17, 2019. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to May 8, 2019. By order dated May 9, 2019, appellant's second motion for extension of time was granted, extending the deadline to file appellant's brief to June 7, 2019. This court's order stated, "**NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**."

Because appellant did not file his brief by June 7, 2019, we ordered him to show cause in writing by June 28, 2019, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). On June 27, 2019, appellant filed a response which we are construing as a third motion for extension of time to file his brief.

Appellant's brief must be filed no later than July 22, 2019. Appellant's brief must comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.9(a) (providing brief that fails to comply with appellate rules may be stricken and appeal will proceed as if no brief was filed). **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**. If appellant fails to file a brief in compliance with rule 38.1 by July 22, 2019, this appeal will be dismissed for want of prosecution without any further notice. *Id*.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court